IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, | 1:07-cv-01526 AWI DLB (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| KEN CLARK, | (DOCUMENT #13) |
| Defendant. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 13, 2008, Plaintiff filed a motion for extension of time to proceed with his case. The Court construes Plaintiff's motion as a motion to extend time to file his amended complaint. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

Dated:   **November 5, 2008**              **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE